
ORIGINAL

FILED

03/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0164

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0164

ROLLIN R. GREY, IV,

Petitioner,

v.

VERN BURDICK,

Respondent.

ORDER

FILED

MAR 2 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Rollin R. Grey, IV has filed a Petition for Writ of Habeas Corpus, claiming illegal incarceration because he has been in jail for two years. He contends that even though he has not been sentenced, "new problems have come to light."

Grey contends that spousal privilege prevents his wife from being forced to testify against him. Grey alleges that the prosecutor "tampered" with a witness, his wife. He adds that his wife "has been fighting for [him] throughout [his] entire case." He states that he has not seen or reviewed any of the "hard evidence" in his case and argues that, to reach a conviction, many civil rights have been violated. Grey requests that his matter be retried because of his alleged "violations and [corruptions]."

This Court is familiar, as Grey notes, with his history. This petition is Grey's third. The State charged Grey on April 19, 2021, and the court appointed counsel two days later. The Chouteau County District Court initially scheduled a jury trial for April 4, 2021. The State filed an amended information and motion for leave to file that the court granted on March 23, 2022. We secured a more recent copy of the register of actions. On December 13, 2022, a jury found Grey guilty of the charged offenses, and the court set a hearing for sentencing. Since then and as Grey mentions, the court has continued the sentencing hearing twice.

Grey has not demonstrated that he is illegally incarcerated. Section 46-22-101(1), MCA. He has been recently convicted, and his claims may be possible issues for an appeal. Section 46-20-104(1), MCA. After sentencing and when Grey receives a copy of his written final judgment, he will have the opportunity to appeal his conviction and sentence to this Court.

IT IS THEREFORE ORDERED that Grey's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Honorable Kaydee Snipes Ruiz, District Court Judge, Chouteau County District Court; Rick Cook, Clerk of District Court, Chouteau County, under Cause No. DC-21-04; Stephen Gannon, Chouteau County Attorney; Jay Reno, Defense Counsel; Vern Burdick, Sheriff; counsel of record; and Rollin R. Grey, IV personally.

DATED this ⎯21ˢᵗ day of March, 2023.

_____

_____

_____

_____

_____
Justices

2